## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
Judge

October 8, 2009

MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock                    s/LTB
RE: Criminal Action No.  09-cr-00433
 USA v. Robert Bernice Foote and Ivan Jamal Newborn

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp