**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT BERNICE FOOTE,

    Defendant.

## ORDER

    The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

    ORDERED that Government's Motion Regarding Acceptance of Responsibility [44], filed March 15, 2010, is **GRANTED.** It is further

    ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

    Dated this <u>15th</u> day of March, 2010.

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  WILEY Y. DANIEL,
                                                  CHIEF UNITED STATES DISTRICT JUDGE